FILED

2012 OCT -4  PM 2: 15

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
RIVERSIDE

BY:_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WMC MORTGAGE, LLC, | Case No. EDCV 12-1564-UA (DUTYx) |
| Plaintiff, | |
| v. | ORDER RE: SUMMARY REMAND DUE TO IMPROPER REMOVAL |
| ELIZABETH GALVEZ, | |
| Defendant. | |

On September 12, 2012, Elizabeth Galvez lodged a Notice of Removal and an application to proceed *in forma pauperis*. Plaintiff brought suit in a straight-forward unlawful detainer action in the Riverside County Superior Court after a non-judicial foreclosure on Defendant's home. The Court has denied the aforementioned application under separate cover because this action was not properly removed. As a result, the Court issues this Order to remand the action to state court.

Plaintiff could not have brought this action in federal court based on federal question jurisdiction because the underlying matter is a straight-forward unlawful detainer action. 28 U.S.C. §§ 1331, 1441(a). Further, assuming a claim of diversity jurisdiction was to be asserted as a basis for removal, the Court notes there is no indication that the amount in controversy in the unlawful detainer action exceeds

1

1  $75,000, excluding interest and costs. 28 U.S.C. §§ 1332(a), 1441(b).

2  Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, Riverside County, 4050 Main Street, Riverside, California 92501, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

**IT IS SO ORDERED.**

DATED: 9/28, 2012

HONORABLE GEORGE H. KING
Chief United States District Judge

Presented by:

HONORABLE OSWALD PARADA
United States Magistrate Judge